642

372 A.2d 841

Commonwealth v. Meckling, Appellant.

Submitted November 15, 1976. Ralph J. Cappy, Public Defender, for appellant; Charles W. Johns and Robert L. Eberhardt, Assistant District Attorneys, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

372 A.2d 841

Commonwealth, Appellant, v. Morber.

Submitted November 8, 1976. Charles W. Johns and Robert L. Eberhardt, Assistant District Attorneys, and Robert E. Colville, District Attorney, for Commonwealth, appellant; Louis A. Burdman, and Costanzo & Burdman, for appellee.

Order affirmed.